JAMES H. FAY, Respondent, *v.* JOHN J. O'CONNOR et al., Appellants.

Argued November 14, 1939; decided November 28, 1939.

*John J. O'Connor,* in person, and *Kermit F. Kip* for appellants.

*George G. Lake* for respondent.

Order affirmed, without costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.